IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK INC. and<br>NOVO NORDISK A/S,<br><br>        Plaintiffs,<br><br>  v.<br><br>ORBICULAR PHARMACEUTICAL<br>TECHNOLOGIES PVT. LTD., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 22-856 (CFC)<br>) CONSOLIDATED<br>) **ANDA CASE**<br>)<br>)<br>)<br>)<br>)<br>) |
| NOVO NORDISK INC. and<br>NOVO NORDISK A/S,<br><br>        Plaintiffs,<br><br>  v.<br><br>ORBICULAR PHARMACEUTICAL<br>TECHNOLOGIES PVT. LTD., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-179 (CFC)<br>) **ANDA CASE**<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF
CASE NO. 23-179 (CFC)**

**WHEREAS** Plaintiffs Novo Nordisk, Inc. and Novo Nordisk A/S ("Plaintiffs" or "Novo Nordisk") and Defendants Orbicular Pharmaceutical Technologies Pvt. Ltd., Cipla Ltd., and Cipla USA, Inc. ("Defendants" or "Orbicular") are parties to C.A. No. 23-179 (CFC) (the "Action"), which has been consolidated under Lead Case No. 22-856 (CFC), involving United States Patent

Nos. 8,114,833 (the "'833 patent") and 9,265,893 (the "'893 patent") (collectively, the "patents-at-issue").

**NOW THEREFORE, IT IS HEREBY STIPULATED, CONSENTED, AND AGREED,** by and between Novo Nordisk and Orbicular, through their undersigned counsel of record, subject to the approval of the Court, that:

(1) Orbicular filed Abbreviated New Drug Application ("ANDA") No. 217590 (the "Orbicular ANDA") seeking approval to engage in the commercial manufacture, use, and/or sale of generic liraglutide solution injection in 18 mg/3 ml (6 mg/ml) ("ANDA Product") before the expiration of the patents-at-issue;

(2) Novo Nordisk filed the Action against Orbicular alleging that Orbicular infringed the patents-at-issue by filing the Orbicular ANDA;

(3) All claims, counterclaims, and affirmative defenses between Novo Nordisk and Orbicular concerning the patents-at-issue are dismissed without prejudice;

(4) Nothing herein prohibits Orbicular from filing and maintaining a Paragraph IV certification to the patents-at-issue in the Orbicular ANDA for the purposes of receiving or maintaining final approval of the Orbicular ANDA, or prevents FDA from granting final approval of the Orbicular ANDA; and

(5) Each party will bear its own attorneys' fees and costs.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ *Travis J. Murray* | /s/ *Christine D. Haynes* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com | Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>farnan@rlf.com<br>haynes@rlf.com |
| *Attorneys for Novo Nordisk Inc. and Novo Nordisk A/S* | *Attorneys for Defendants Orbicular Pharmaceutical Technology Pvt. Ltd., Cipla Ltd., and Cipla USA, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Jeffrey J. Oelke<br>Ryan P. Johnson<br>Robert E. Counihan<br>Laura T. Moran<br>Erica R. Sutter<br>Olivia L. Wheeling<br>FENWICK & WEST LLP<br>902 Broadway, Suite 18<br>New York, NY  10010-6035<br>(212) 430-2600 | William R. Zimmerman<br>Jonathan E. Bachand<br>Aryeh N. Feinstein<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1717 Pennsylvania Ave. N.W., Ste. 900<br>Washington D.C. 20006<br><br>Joseph M. Reisman, Ph.D.<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>12790 El Camino Real<br>San Diego, CA 92130<br><br>William O. Adams<br>Karen M. Cassidy Selvaggio<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 |

3

Nicholas A. Belair
KNOBBE, MARTENS, OLSON & BEAR, LLP
333 Bush St., 21st Floor
San Francisco, CA 94104

April 11, 2024

SO ORDERED this 11th day of _____April_____, 2024.

_____
CHIEF, UNITED STATES DISTRICT JUDGE